UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JARED M. BAILEY,

                      Plaintiff,                              **Civil Action No.:**

               – against –

                                                         **RULE 7.1 STATEMENT**

MOHAMMED R. RAHMAN, AMERICAN NATIONAL
RED CROSS, and ELEMENT FLEET CORPORATION,

                      Defendants.
------------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable United States District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned, as counsel of record for Defendants, American National Red Cross and Element Fleet Corporation, hereby certifies that:

AMERICAN NATIONAL RED CROSS is a not-for-profit corporation organized and existing by virtue of an Act of the United States Congress, and there are no corporate parents, subsidiaries or affiliates that are publicly held.  Element Fleet Management Corp., a Canadian corporation that is publicly traded on the Canadian stock exchange, is the parent company of ELEMENT FLEET CORPORATION.

Dated:     White Plains, New York
              September 29, 2022

        Truly Yours,

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

      By: *Lindsay Kalick*
          Lindsay J. Kalick
          Attorneys for Defendants
          AMERICAN NATIONAL RED CROSS
          AND ELEMENT FLEET CORPORATION
          1133 Westchester Avenue
          White Plains, NY 10604
          (914) 872-7696
          Lindsay.kalick@wilsonelser.com
          File No. 19178.00032

TO: WILLIAM MATTAR, P.C.
    Attorneys for Plaintiff
    JARED M. BAILEY
    6720 Main Street, Suite 100
    Williamsville, NY 14221-5986
    (716) 633-3535