AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## Western District of New York

| | | |
|---|---|---|
| JARED BAILEY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00744-LJV |
| MOHAMMED R. RAHMAN, AMERICAN NATIONAL RED CROSS, and ELEMENT FLEET CORPORATION | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JARED BAILEY

Date:

*Attorney's signature*

Charles H. Cobb, Esq. ccobb959
*Printed name and bar number*

William Mattar, PC
6720 Main Street
Suite 100
Williamsville, NY 14221
*Address*

ccobb@williammattar.com
*E-mail address*

(716) 444-4444
*Telephone number*

(716) 631-9804
*FAX number*